No. 342. YOUNG *v.* HIGBEE COMPANY ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit

Court of Appeals for the Sixth Circuit granted. *Mr. James A. Butler* for petitioner. *Mr. J. Fred Potts* for respondents. *Solicitor General Fahy* and *Messrs. Roger S. Foster, Milton V. Freeman,* and *Theodore L. Thau* filed a brief on behalf of the Securities & Exchange Commission, as *amicus curiae,* in support of the petition.